| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>PIERCE LAW GROUP LLP<br>David Pierce, SBN162396; Azita Mirzaian, SBN280749; Vera Golosker, SBN290537<br>9100 Wilshire Boulevard, Suite 225 East Tower<br>Beverly Hills, California 90212-3415<br>TELEPHONE NO.: (310) 274-9191   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* David@PierceLawGroupLLP.com; Azita@PierceLawGroup<br>ATTORNEY FOR *(Name):* OURHOUSE MOBILE APP, INC. | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS: U.S. District Court, Central District of California<br>MAILING ADDRESS: 312 North Spring Street<br>CITY AND ZIP CODE: Los Angeles, CA 90012-4701<br>BRANCH NAME: Western Division | |
| PLAINTIFF/PETITIONER: OURHOUSE MOBILE APP, INC.<br><br>DEFENDANT/RESPONDENT: PI BETA PHI FRATERNITY, et al. | CASE NUMBER:<br>2:15-cv-04596-PA-SS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✔ summons
   b. ✔ complaint
   c. ✔ Alternative Dispute Resolution (ADR) package
   d. ✔ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✔ other *(specify documents):* not. of int. parties; rprt. on copyright; rprt. on tmk; CV-18; standing order

3. a. Party served *(specify name of party as shown on documents served):*
      Pi Beta Phi Fraternity a.k.a. Pi Beta Phi

   b. ✔ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Juli Willeman, Exec. Director and Registered Agent for Service of Process

4. Address where the party was served:
   1154 Town & Country Commons Dr., Town & Country, MO 63017

5. I served the party *(check proper box)*
   a. ✔ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 6/23/15   (2) at *(time):* 1:00 p.m.
   b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: OURHOUSE MOBILE APP, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: PI BETA PHI FRATERNITY, et al. | 2:15-cv-04596-PA-SS |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* Pi Beta Phi Fraternity, a.k.a. Pi Beta Phi
   under the following Code of Civil Procedure section:
   - ☑ 416.10 (corporation)
   - ☐ 416.20 (defunct corporation)
   - ☐ 416.30 (joint stock company/association)
   - ☐ 416.40 (association or partnership)
   - ☐ 416.50 (public entity)
   - ☐ 415.95 (business organization, form unknown)
   - ☐ 416.60 (minor)
   - ☐ 416.70 (ward or conservatee)
   - ☐ 416.90 (authorized person)
   - ☐ 415.46 (occupant)
   - ☐ other:

7. **Person who served papers**
   a. Name: Richard Langdon
   b. Address: 1210 Laven Del Ln., Kirkwood, MO 63122
   c. Telephone number: 314-775-4948
   d. **The fee** for service was: $67.00
   e. I am:
   (1) ☑ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☐ a registered California process server:
     (i) ☐ owner ☐ employee ☐ independent contractor.
     (ii) Registration No.:
     (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:

_____     ▶ *Richard Langdon*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)