JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OURHOUSE MOBILE APP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PI BETA PHI FRATERNITY a.k.a. PI BETA PHI, an Illinois corporation; JULI WILLEMAN, an individual; EILY CUMMINGS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-CV-4596-PA (SSx)<br><br>**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE** |

[~~PROPOSED~~] ORDER GRANTING DISMISSAL

## ORDER

Pursuant to Federal Rule of Civil Procedure ("FRCP") 41(a)(1)(ii), and the Stipulation of plaintiff OurHouse Mobile App, Inc. ("Plaintiff") and defendants Pi Beta Phi Fraternity, Juli Willeman, and Eily Cummings (collectively, "Defendants") (together, the "Parties"), by and through their respective counsel, and for good cause shown, the Court hereby orders as follows:

1. This action is hereby dismissed without prejudice; and
2. Each party will bear its own costs and fees as incurred in connection with this action.

IT IS SO ORDERED.

Dated: June 29, 2016

_____
PERCY ANDERSON
United States District Judge